**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERMAIN DATORIO TERRY**                                                          **PLAINTIFF**
**ADC #163201**

**v.**                                          **Case No. 4:23-cv-00800-KGB**

**KATHERN SHULER,** *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court are the proposed findings and recommendations ("Recommendation")

submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4).  The Court has

reviewed the Recommendation (*Id.*).  No party has filed objections to the Recommendation, and

the time to do so has passed.  Accordingly, after careful consideration, the Court approves and

adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  *Pro se*

plaintiff Dermain Datorio Terry's complaint is dismissed without prejudice (Dkt. No. 2).  The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 26th day of January, 2026.

Kristine G. Baker
Chief United States District Judge