## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DERMAIN DATORIO TERRY**                                                    **PLAINTIFF**
**ADC #163201**

**v.**                          **Case No. 4:23-cv-00800-KGB**

**KATHERN SHULER,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Dermain Datorio Terry's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 26th day of January, 2026.

Kristine G. Baker
Chief United States District Judge